**SEKENDIZ LAW FIRM P.C.**
Attorneys at Law
45 Broadway Suite: 1420
New York, New York 10006
(212) 380-8087

April 18, 2025

<u>Via ECF</u>
Hon. Magistrate Judge Cheryl L. Pollak
Chambers Room 1230
Courtroom 13B - South
Telephone (718) 613-2360
Fax (718) 613-2365

## STATUS LETTER

Case Name: Holliman v. ASA College, Inc. et al
Case Number: 1:23-cv-02340-CBA-CLP

Hon. Magistrate Judge Pollak

I represent the Plaintiff in the above referenced matter. I am submitting this letter to inform the Court that I will be filing a motion for leave of Court to correct several typos detected in the Plaintiff's third amended complaint

Plaintiff's third amended complaint replaces the "DJ" with "DC" concerning the following paragraphs 60, 62, 68, 72, 76 and the wherefore clause. The complaint is 150 paragraphs, and I apologize from the Court. While discussing the next steps with the defense counsel over the phone, it was brough to my attention that the second amended complaint included typos referring to DUWAYNE CARTHAN as "DJ" in the above referenced paragraphs instead of "DC." I again apologize. The defense counsel might have agreed to stipulate to this third amendment, but DUWAYNE CARTHAN is not being represented by counsel, which necessitated me to seek Court's permission.

I thank Your Honor for your time and consideration.

Dated: New York, New York
April 18, 2025

Respectfully submitted,

_____s/Ismail S Sekendiz/_____